UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES E. SPACHER, ) | |
| ) | |
| Petitioner, ) | Case No. 1:06-cv-810 |
| ) | |
| v. ) | Honorable Wendell A. Miles |
| ) | |
| STATE OF MICHIGAN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## JUDGMENT

In accordance with the Opinion entered this day:

IT IS ORDERED that Petitioner's application for habeas corpus be dismissed without prejudice for failure to exhaust available state-court remedies.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the Petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:  February 1, 2007                                        /s/ Wendell A. Miles
                                                                                Wendell A. Miles
                                                                                Senior United States District Judge